JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 MAR -5 P 2: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-08 00135 RMW |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| v. | |
| PEDRO HERNANDEZ-CAMACHO, | SAN JOSE VENUE |
| Defendant. | |

### INFORMATION

The United States charges:

On or about February 13, 2008, the defendant

PEDRO HERNANDEZ-CAMACHO,

an alien, previously having been arrested and deported from the United States on or about December 15, 1999, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States, in violation

//

//

PLEA AGREEMENT
CR CASE #

of Title 8, United States Code, Section 1326.

DATED: 2/28/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____)
AUSA SCHENK

PLEA AGREEMENT
CR CASE #                               2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

FILED
2008 MAR -5 P 2: 11
RICHARD W. WIEKING
DISTRICT COURT
[STAMP]

---- OFFENSE CHARGED ----

8 U.S.C. Section 1326 -
ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

DEFENDANT - U.S.
▶ PEDRO HERNANDEZ-CAMACHO

DISTRICT COURT NUMBER
CR-08-00135 RMW
RS

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
08-70092 PVT

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO
                   ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      JEFFREY B. SCHENK

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No   } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ _____ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments: