AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

___Northern___ **DISTRICT OF** _California_

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| V. | |
| Pedro Hernandez-Camacito | |
| | **CASE NUMBER:** CR 08 00135 RMW (PS) |

I, ___Pedro Hernandez-Camacito___, the above named defendant, who is accused of

illegal re-entry, in violation of Title 8 U.S.C. section 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ___3/6/08___ prosecution by indictment and consent that the
    **Date**

proceeding may be by information rather than by indictment.

FILED

MAR - 6 2008

NORTHERN ... SAN JOSE ... FORNIA

_____
**Defendant**

_____
**Counsel for Defendant**

Before _____
        _Judicial Officer_