*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Clanton

**DATE:** March 17, 2008            **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00135-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- PEDRO HERNANDEZ-CAMACHO
          **APPEARANCES:**              (P) (C)

**PLTF:** AUSA: J. Schenk            **DEFT:** N. Humy
          **INTERPRETER:**               D. Navarro

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government has offered a resolution to the defense. The defense needs time to review the proposal. The Court continued this matter to 4/14/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 4/14/08. Government to prepare exclusion order.**

                                    */s/ Jackie Garcia*
                                       **JACKIE GARCIA**
                                       **Courtroom Deputy**