**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte      **REPORTER:** Lee-Anne Shortridge

**DATE:** April 21, 2008      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00135-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- PEDRO HERNANDEZ-CAMACHO
     **APPEARANCES:**      (P)   (C)

**PLTF:** AUSA: J. Schenk      **DEFT:** N. Humy
     **INTERPRETER:**      L. Acre

**COURT ACTION:** PLEA/SENTENCING

**Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: Defendant waived preparation of a PSR, The Court sentenced the defendant to the custody of the B.O.P. for a period of 30 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant shall pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.**

          */s/ Jackie Garcia*
           JACKIE GARCIA
          **Courtroom Deputy**